```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| **RAYMOND FLOYD HESS,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO.12-00664-KD-B |
| **STATE OF ALABAMA,** *et al.*, | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** for lack of jurisdiction.

DONE this 16th day of February 2016.

                                                    s/ Kristi K. DuBose
                                                    KRISTI K. DuBOSE
                                                    UNITED STATES DISTRICT JUDGE